peals for the Seventh Circuit denied.

No. 625.  LYNCH *v.* UNITED STATES.  March 6, 1944. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is denied for the reason that application therefor was not made within the time provided by law.  Rule XI of the Criminal Appeals Rules, 292 U. S. 665–6.  *William Lynch, pro se.  Solicitor General Fahy* for the United States.

No. 714.  FERGUSON *v.* MASSACHUSETTS.  March 6, 1944.  The petition for writ of certiorari to the Superior Court of Massachusetts is denied for the reason that application therefor was not made within the time provided by law.  § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 669.  FRATERNAL ORDER OF POLICE ET AL. *v.* HARRIS ET AL.  March 13, 1944.  Petition for writ of certiorari to the Supreme Court of Michigan denied.  *Mr. Edward N. Barnard* for petitioners.  *Mr. Paul G. Eger* for respondents.  *Messrs. Paul E. Krause* and *John H. Witherspoon* filed a brief on behalf of the City of Detroit, as *amicus curiae,* opposing the petition.

No. 670.  MILLER ET AL., PARTNERS, ET AL. *v.* WALLING, ADMINISTRATOR.  March 13, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. George P. Lamb* and *Pierce Butler* for petitioners.  *Solicitor General Fahy* and *Messrs. Robert L. Stern, Douglas B. Maggs, Archibald*

*Cox,* and *Joseph I. Nachman* for respondent.

No. 675. DEMPSEY, ADMINISTRATOR, *v.* GUARANTY TRUST Co. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lewis E. Pennish* for petitioner. *Messrs. James P. Dillie* and *Otis T. Bradley* for respondent.

No. 686. MILES NATIONAL FARM LOAN ASSOCIATION *v.* FEDERAL LAND BANK OF HOUSTON. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Scott Snodgrass* for petitioner. *Mr. Dan Moody* for respondent.

No. 689. TAYLOR INSTRUMENT COMPANIES *v.* FAWLEY-BROST COMPANY. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edward S. Rogers, William T. Woodson, Karl D. Loos,* and *Preston B. Kavanagh* for petitioner. *Mr. Albert I. Kegan* and *Mrs. Esther O. Kegan* for respondent. *Messrs. Will Freeman* and *C. B. Spangenberg* on behalf of the Brown Instrument Co., and *Messrs. Casper W. Ooms* and *E. S. Booth* on behalf of the Republic Flow Meters Co., filed briefs, as *amici curiae,* in support of the petition.

No. 693. WALLING, ADMINISTRATOR, *v.* L. WIEMANN Co. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Fahy* and *Mr. Douglas B. Maggs*